Argued November 29, 1915, affirmed January 11, 1916.

## UPTON *v.* STATE INDUSTRIAL ACCIDENT COMMISSION.

(154 Pac. 113.)

From Marion: WILLIAM GALLOWAY, Judge.

In Banc.   Statement by MR. JUSTICE McBRIDE.

This is an action by Mark R. Upton against the State Industrial Accident Commission of Oregon, and is similar in all respects to that in the case of *Evanhoff* v. *State Industrial Accident Commission, ante,* p. 503 (154 Pac. 106).   A demurrer to the complaint having been sustained, plaintiff appeals.

AFFIRMED.

For appellant there was a brief with an oral argument by *Mr. Isham N. Smith.*

For respondent there was a brief with oral arguments by *Mr. George M. Brown,* Attorney General, and *Mr. J. O. Bailey,* Assistant Attorney General.

MR. JUSTICE McBRIDE delivered the opinion of the court.

The reasoning of the opinion in *Evanhoff* v. *State Industrial Accident Commission, ante,* p. 503 (154 Pac. 106), applies to this case in every particular, and upon the authority of that case the judgment of the Circuit Court is affirmed.                                   AFFIRMED.

MR. JUSTICE EAKIN took no part in the consideration of this case.